```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 09817
   VALERIE THIGPEN
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4842
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 04/21/2008 and was not confirmed.

The case was dismissed without confirmation 09/04/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAVALRY INVESTMENTS | UNSECURED | 768.83 | .00 | .00 |
| MOST FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 470.73 | .00 | .00 |
| METROPOLITAN AUTO | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 942.28 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 2068.56 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 570.30 | .00 | .00 |
| MIDWEST VERIZON WIRELESS | UNSECURED | 1604.17 | .00 | .00 |
| EDDIE THIGPEN SR | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE LLC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| GREATER SUBURBAN ACCEPTA | SECURED VEHIC | .00 | .00 | .00 |
| GREATER SUBURBAN ACCEPTA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 903.51 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 731.25 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,491.50 | | 422.24 |
| TOM VAUGHN | TRUSTEE | | | 32.76 |
| DEBTOR REFUND | REFUND | | | 91.00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 546.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 422.24 |
| TRUSTEE COMPENSATION | | 32.76 |
| DEBTOR REFUND | | 91.00 |
| TOTALS | 546.00 | 546.00 |

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09817 VALERIE THIGPEN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```